FILED
JANUARY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| GERALD S. ADELMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 565 |
| v. | ) | No. |
| | ) | |
| REASSURE AMERICA LIFE | ) | JUDGE KENDALL |
| INSURANCE COMPANY, | ) | MAGISTRATE JUDGE COX |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

To: David M. Smolin    Clerk of the Circuit Court of Cook County, Illinois
   Brandwein & Smolin   Richard J. Daley Center
   20 S. Clark St., Suite 410  50 W. Washington St.
   Chicago, Illinois 60603   Chicago, Illinois 60602

PLEASE TAKE NOTICE that on this 25th day of January, 2008, defendant, REASSURE AMERICA LIFE INSURANCE COMPANY, defendant in the above entitled action, filed a NOTICE OF REMOVAL, a copy of which is attached hereto, of the above entitled action to the United States District Court for the Northern District of Illinois Eastern Division.

You are also advised that defendants, on filing of such Notice of Removal in the office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, also filed a copy thereof with the Clerk of the Circuit Court of Cook County, Illinois to effect removal pursuant to 28 U.S.C. §1446(d).

Michael J. Smith        By: /s/ Michael J. Smith_____
Warren von Schleicher        Attorney for Defendant, Reassure
Smith, von Schleicher & Associates    America Life Company
39 S. LaSalle St., Suite 1005
Chicago, Illinois 60603
(312) 541-0300