YM

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 565**

In the Matter of                                      Case Number:

GERALD S. ADELMAN
V.
REASSURE AMERICA LIFE INSURANCE COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REASSURE AMERICA LIFE INSURANCE COMPANY

**JUDGE KENDALL**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print)<br> Michael J. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Michael J. Smith | |
| FIRM<br> Smith, von Schleicher & Associates | |
| STREET ADDRESS<br> 39 S. LaSalle St., Suite 1005 | |
| CITY/STATE/ZIP<br> Chicago, Illinois  60603 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 2649691 | TELEPHONE  NUMBER<br> 312-541-0300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT