**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: **08 C 565**

GERALD S. ADELMAN
V.
REASSURE AMERICA LIFE INSURANCE COMPANY

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

REASSURE AMERICA LIFE INSURANCE COMPANY

**JUDGE KENDALL**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print) | |
| W. Sebastian von Schleicher | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ W. Sebastian von Schleicher | |
| FIRM | |
| Smith, von Schleicher & Associates | |
| STREET ADDRESS | |
| 39 S. LaSalle St., Suite 1005 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6197189 | 312-541-0300 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

**FILED**
**JANUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT