**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **GERALD S. ADELMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No.   08 C 565 |
| | ) | |
| v. | ) | **Judge Kendall** |
| | ) | **Magistrate Judge Cox** |
| **REASSURE AMERICA LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE PLEAD TO THE PLAINTIFF'S COMPLAINT**

Defendant, REASSURE AMERICA LIFE INSURANCE COMPANY ("Reassure"), by its attorneys, Michael J. Smith and Warren von Schleicher, hereby submits its Motion for Additional Time to Answer or Otherwise Plead to the Plaintiff's Complaint, and in support hereof, states as follows:

1. On January 25, 2008, Reassure removed this action to federal court from the Circuit Court of Cook County on the basis of federal question jurisdiction, 28 U.S.C. §1331, pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §1001 *et seq*. ("ERISA"). Reassure, therefore, is required to file a responsive pleading to the Complaint by February 1, 2008.

2. Reassure's undersigned counsel has been engaged in (i) the preparation of a summary judgment brief and answers to statements of fact in *Bakal v. Paul Revere Life Ins. Co*., No. 06 C 1936, pending before Judge Holderman (filed on January 28, 2008); (ii) a brief in response to the plaintiff's objections to the report and recommendation of the magistrate judge in *Garvey v. Piper Rudnick LLP Long Term Disability Ins. Plan*, No. 07 C 886, pending in the U.S. District Court for the District of Oregon (filed on February 1, 2008); and (iii) a motion to dismiss

the complaint and memorandum of law in *Kosnik v. 1st Unum Life Ins. Co., et al.*, No. 08 C 500, pending before Judge Dow (filed on February 1, 2008). In addition, the undersigned counsel is authoring an article on ERISA law for publication by the Defense Research Institute (due for submission to the editor on February 20, 2008).

      3.      Reassure respectfully requests an additional 29 days, until February 29, 2008, in which to answer or otherwise plead to the plaintiff's Complaint. Reassure represents that this Motion has been filed for the above stated legitimate reasons and not for purposes of delay. No party will be prejudiced by the granting of this Motion.

      WHEREFORE, defendant, REASSURE AMERICA LIFE INSURANCE COMPANY, respectfully requests that the court grant this Motion for Additional Time to Answer or Otherwise Plead to the Plaintiff's Complaint.

| | |
|---|---|
| Michael J. Smith | By: /s/ Warren von Schleicher |
| Warren von Schleicher | Attorney for Defendant, |
| Smith, von Schleicher & Associates | Reassure America Life Company |
| 39 S. LaSalle St., Suite 1005 | |
| Chicago, Illinois 60603 | |
| (312) 541-0300 | |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

David Michael Smolin
davidmsmolin@yahoo.com

                        Respectfully submitted,

                        s/ Warren von Schleicher
                        Smith, von Schleicher & Associates
                        39 S. LaSalle St., Suite 1005
                        Chicago, Illinois  60603
                        (312) 541-0300
                        (312) 541-0933 Facsimile
                        ARDC#6197189
                        warren.vonschleicher@svs-law.com