# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **GERALD S. ADELMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No.   08 C 565 |
| | ) | |
| v. | ) | **Judge Kendall** |
| | ) | **Magistrate Judge Cox** |
| **REASSURE AMERICA LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

To:   Mr. David M. Smolin
      Brandwein & Smolin
      20 South Clark St., Suite 410
      Chicago, Illinois  60603

     PLEASE TAKE NOTICE that on the 7th day of February 2008, at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia Kendall, or whomever may be sitting in her stead, in Room 2378 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the attached **Defendants' Motion for Additional Time to Answer or Otherwise Plead to the Plaintiff's Complaint**, at which time and place you may appear if you see fit.


Michael J. Smith                      By:  /s/ Warren von Schleicher
Warren von Schleicher                       Attorney for Defendant,
Smith, von Schleicher & Associates       Reassure America Life Company
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

David Michael Smolin
davidmsmolin@yahoo.com

                                      Respectfully submitted,

                                      s/ Warren von Schleicher
                                      Smith, von Schleicher & Associates
                                      39 S. LaSalle St., Suite 1005
                                      Chicago, Illinois  60603
                                      (312) 541-0300
                                      (312) 541-0933 Facsimile
                                      ARDC#6197189
                                      warren.vonschleicher@svs-law.com