# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Gerald S Adelman
                                          Plaintiff,

v.                                        Case No.: 1:08−cv−00565
                                          Honorable Virginia M. Kendall

Reassure America Life Insurance Company
                                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, February 4, 2008:

   MINUTE entry before Judge Virginia M. Kendall : Defendant's Motion for extension of time to answer [8] is granted. Defendant may have until 2/29/2008 to answer or otherwise respond to the complaint. No appearance is required at the 2/7/2008 presentment date for said motion. The 2/25/08 Initial Status Hearing is stricken and reset for 3/5/2008 at 9:00 AM. Joint Status Report due 2/29/2008. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.