STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GERALD S. ADELMAN,           ) | |
|                              ) | |
|           **Plaintiff,**     ) | |
|       -vs-                   ) | Case No: 1:08 C 565 |
|                              ) | |
| REASSURE AMERICA LIFE INSURANCE ) | |
| COMPANY,                     ) | |
|                              ) | |
|           **Defendant.**     ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **February 14, 2008**, we electronically filed with the United States District Court, Northern District of Illinois, Eastern Division, **NOTICE OF FILING and APPEARANCE**, a copy of which is attached and served upon the above mentioned attorneys by electronically filing on **February 14, 2008**.

```
                                               s/ Bruce E. Brandwein
ARDC#  0280127                                 Bruce E. Brandwein
BRANDWEIN & SMOLIN
One of the Attorneys for Plaintiffs
20 South Clark Street, Suite 410
Chicago, IL 60603
(312) 853-0008
```

### PROOF OF SERVICE BY ECF/PACER ELECTRONIC FILING

The undersigned hereby certifies that service of a copy of this <u>NOTICE OF FILING and APPEARANCE</u> has been sent to the above address by electronic filing on this **14th day** of **February 2008.**

```
                                               s/ Bruce E. Brandwein
                                               Bruce E. Brandwein
```