STATE OF ILLINOIS    )
                     ) SS.
COUNTY OF COOK       )

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GERALD S. ADELMAN, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | Case No: 1:08 C 565 |
| ) | |
| REASSURE AMERICA LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on **February 28, 2008**, we electronically filed with the United States District Court, Northern District of Illinois, Eastern Division, **NOTICE OF FILING and STIPULATION OF DISMISSAL**, a copy of which is attached and served upon the above mentioned attorneys by electronically filing on **February 28, 2008**.

                                                                    s/ David M. Smolin
ARDC# 3122747                                                       David M. Smolin
**BRANDWEIN & SMOLIN**
One of the Attorneys for Plaintiffs
20 South Clark Street, Suite 410
Chicago, IL 60603
(312) 853-0008

### PROOF OF SERVICE BY ECF/PACER ELECTRONIC FILING

The undersigned hereby certifies that service of a copy of this NOTICE OF FILING and STIPULATION OF DISMISSAL has been sent to the above address by electronic filing on this **28th day** of **February 2008.**

                                                                    s/ David M. Smolin
                                                                    David M. Smolin