IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GERALD S. ADELMAN,<br><br>              Plaintiff,<br><br>v.<br><br>REASSURE AMERICA LIFE<br>INSURANCE COMPANY,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No.: 08 C 565<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

**NOW COMES** Plaintiff **GERALD S. ADELMAN**, by his attorneys *Brandwein & Smolin* and Defendant **REASSURE AMERICA LIFE INSURANCE COMPANY**, by it s attorneys *Smith, Von Schleicher, & Associates* and pursuant to Federal Rules of Civil Procedure Rule 41 stipulates to the dismissal of this case with prejudice.


_/s/ David M. Smolin_
David M. Smolin
Brandwein & Smolin
Attorneys For Plaintiff

_/s/ Michael J. Smith_
Michael J. Smith
Smith, Von Schleicher & Associates
Attorneys For Defendant

2-25-08
DATE

2-26-08
DATE