**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Gerald S Adelman
                                        Plaintiff,
v.                                      Case No.: 1:08−cv−00565
                                        Honorable Virginia M. Kendall
Reassure America Life Insurance Company
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, February 29, 2008:


    MINUTE entry before Judge Virginia M. Kendall : The Court approves and enters the Stipulation of Dismissal [16]. Pursuant to Federal Rule of Civil Procedure 41(a), this action is hereby dismissed with prejudice. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (kw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.